**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1640**

_____

In re: JOHN A. ONWUKA,

        Petitioner.

_____

On Petition for Extraordinary Writ.

_____

Submitted:  October 21, 2014       Decided:  October 23, 2014

_____

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

John A. Onwuka, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Onwuka has filed a petition for an extraordinary writ pursuant to Rule 21 of the Federal Rules of Appellate Procedure. Having reviewed the petition, we conclude that relief is not warranted. Accordingly, we grant Onwuka's motion to proceed in forma pauperis and deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>PETITION DENIED</u>